**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

William G. Fredette,

Plaintiff,

vs.

PAYLESS CASHWAYS, INC., d/b/a "Knox Lumber Company," a Delaware corporation, and John Doe, an individual,

Defendant.

Court File No. 00-17:!9 (JMR/FLN)

**ORDER of Dismiss:l With Prejudice**

---

Upon stipulation of the parties and for good cause shown, it is herel:y ORDERED that Plaintiff's Petition is dismissed with prejudice.

JUDGE

Dated: November 27, 2000

FILED NOV 28 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

KC-806915-1

RECEIVED BY MAIL
NOV 22 2000
CLERK US DIST CT

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

William G. Fredette,

Plaintiff,

vs.

PAYLESS CASHWAYS, INC., d/b/a "Knox Lumber Company," a Delaware corporation, and John Doe, an individual,

Defendant.

Court File No. 00-1729 (JMR/FLN)

Stipulation of Dismissal With Prejudice

---

Plaintiff William G. Fredette and Defendant Payless Cashways, Inc. stipulate to the dismissal, with prejudice, of Plaintiff's entire Complaint in the above-captioned case, each party to bear its own costs. A proposed Order is submitted contemporaneously with this Stipulation.

Respectfully submitted,

Shannon M. McDonough

Shannon McDonough (MN. #259512)
FAFINSKI MARK & JOHNSON, P.A.
6600 City West Parkway, Suite 300
Eden Prairie, MN 55344
(952) 995-9500
(952) 995-9577 (FAX)

and

Toni H. Blackwood MO #34085
Nicole T. Bock MO #47955
BLACKWELL SANDERS PEPER MARTIN LLP
2300 Main Street, Suite 1000
Kansas City, MO 64108
(816) 983-8000
(816) 983-8080 (FAX)

ATTORNEYS FOR DEFENDANT

Wayne A. Kenas (#153965)
2100 Stevens Avenue South
Minneapolis, MN 55404
(952) 829-7383
1 (877) 591-4870 (FAX)

ATTORNEY FOR PLAINTIFF